Kelly R. MORRISON and Linda
E. Morrison, husband and
wife, Appellants,

v.

MOUNTAIN LAUREL ASSURANCE
COMPANY, Progressive Casualty In-
surance Company, Progressive Corpo-
ration, and Progressive Insurance
Company, Appellees.

Supreme Court of Pennsylvania.

Argued March 6, 2001.

Decided May 21, 2001.

Louis M. Tarasi, Pittsburg, for Pennsyl-
vania Trial Lawyers Association.

Dara A. DeCourcy, Pittsburg, Richard
Hodyl, Jr., for National Association of In-
dependent Insurers.

Kelly M. Tocci, Aliquippa, Michael B.
James, for Kelly Morrison, et al.

Jeffrey A. Ramaley, Mark T. Caloyer,
Dara A. DeCourcy, Pittsburg, for Moun-
tain Laurel, et al.

Before FLAHERTY, C.J., ZAPPALA,
CAPPY, CASTILLE, SAYLOR, JJ.

### ORDER

PER CURIAM:

**AND NOW,** this 21st day of May, 2001,
this appeal is dismissed as having been
improvidently granted.

Justice NIGRO and Justice NEWMAN
did not participate in the consideration or
decision of this case.

Lisa M. BOWSER, Petitioner,

v.

Johannes V. BLOM, Respondent.

Supreme Court of Pennsylvania.

May 21, 2001.

### ORDER

PER CURIAM

**AND NOW,** this day of 21st day of May,
2001, the Petition for Allowance of Appeal
is **GRANTED, LIMITED** to the following
issue:

Whether the Superior Court erred in
affirming the trial court's order denying
counsel fees.

Furthermore, the Application under Pa.
R.A.P.1926 is **DENIED.**